Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
19, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed August 19, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00751-CV

____________

 

IN RE TYRONE JAMES JACKSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 16, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator seeks
reduction of his pretrial bail.  

Relator is not entitled to mandamus relief
because he has an adequate remedy at law. See Ex parte
Weise, 55 S.W.3d 617, 620 (Tex. Crim. App. 2001)(pretrial writ of
habeas corpus is proper writ to raise claims regarding bail); Tex. Code Crim. Proc. Ann. art.
11.01 (Vernon 1977). 


Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and
Memorandum Opinion filed August 19, 2004.

Panel consists of
Justices Anderson, Hudson, and Frost.